Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK LAMAR HARGRESS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR88-116JCC <br><br> ORDER WITHDRAWING VIOLATIONS OF SUPERVISED RELEASE |

This matter having come before the Court for dismissal of the Probation Office's Petition for Warrant dated June 7, 2005, the Court being fully advised in the premises,

IT IS ORDERED that the aforementioned Petition is dismissed at the United States's request, the warrant dated June 13, 2005, issued in this cause is recalled, and the evidentiary hearing scheduled on August 5, 2005, is stricken.

IT IS FURTHER ORDERED that Defendant shall be expeditiously returned to the jurisdiction of the parole commission to face appropriate proceedings to follow.

DATED this _4th_ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Joanne Y. Maida*
JOANNE Y. MAIDA
Assistant United States Attorney

ORDER WITHDRAWING VIOLATIONS
OF SUPERVISED RELEASE/Hargress — 1
CR88-116C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970